IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANJUMAN KOSAR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-2135-BF |
| | § | |
| GOVINDJI'S JEWELERS, L.P., | § | |
| PRADEEP GOVINDJI, YOGESH | § | |
| GOVINDJI, and MEGHA SHARMA, | § | |
| Defendants. | § | |

## ORDER

This is a consent case before the United States Magistrate Judge Paul D. Stickney. Before the Court for consideration is the parties' Joint Agreed Motion to Dismiss All Claims With Prejudice (doc. 24), filed on May 29, 2013. In the motion, Plaintiff Anjuman Kosar ("Plaintiff") and Defendants Govindji's Jewelers, L.P., Pradeep Govindji, Yogesh Govindji, and Megha Sharma's (collectively referred to as "Defendants") indicated that all claims in the lawsuit have been resolved and that they have entered into a settlement agreement. Therefore, the Court **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the Joint Agreed Motion to Dismiss All Claims With Prejudice is **GRANTED.** This case is dismissed with prejudice to the refiling of same or any part thereof, including all claims among Plaintiff and Defendants, with each party to bear its own costs and attorney's fees. The Court shall retain jurisdiction over this matter to enforce the parties' settlement agreement.

**SO ORDERED**, May 30, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE